| T.S., Matter of | 48A02–1606–JT–1496 | 02/21/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
|---|---|---|---|---|
| Schuyler v. Schuyler | 48A02–1603–DR–627 | 02/21/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Sullivan v. State | 20A03–1606–CR–1246 | 02/21/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Strowmatt v. Butts | 33A05–1606–SC–1485 | 02/21/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Allen v. State | 02A03–1607–CR–1732 | 02/21/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Lillard v. State | 49A02–1608–PC–1879 | 02/21/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Gilbert v. State | 02A03–1608–CR–1794 | 02/21/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| McClafferty v. State | 48A04–1609–CR–2086 | 02/21/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Eldridge v. State | 02A03–1609–PC–2045 | 02/21/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Gooden v. State | 15A01–1603–CR–593 | 02/21/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Jenkins v. State | 49A02–1602–CR–399 | 02/22/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Baushke v. Miller | 20A04–1606–JP–1225 | 02/22/2017 | BRADFORD, J.<br>VAIDIK C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs in result with opinion |